US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NOV 1 3 2024

By  Ronald E. Dowling
    Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 5:24-CR-50061-001-005 |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| **ANTWAINE JACKSON** | ) 21 U.S.C. § 841(b)(1)(C) |
| (a.k.a. ANTWAIN JACKSON) | ) 21 U.S.C. § 841(b)(1)(A)(viii) |
| **WIN SIN** | ) 21 U.S.C. § 841(b)(1)(B)(viii) |
| **SHAWN WILLIAMS** | ) 21 U.S.C. § 841(b)(1)(D) |
| (a.k.a. SHAWN THURMAN) | ) 21 U.S.C. § 846 |
| **MARQUESHA YOUNG** | ) 18 U.S.C. § 2 |
| **CRYSTAL KITT** | ) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on or about an unknown date, but at least as early as May 2024, and continuing to on or about August 23, 2024, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the defendants, **ANTWAINE JACKSON, WIN SIN, SHAWN WILLIAMS, MARQUESHA YOUNG, CRYSTAL KITT**, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute a mixture or substance that contained a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); Title 21, United States Code, § 841(b)(1)(C); and, Title 21, United States Code, § 846.

## COUNT TWO

On or about May 18, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **ANTWAINE JACKSON**, knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); and, Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT THREE

On or about June 1, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **ANTWAINE JACKSON**, knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); and, Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT FOUR

On or about June 12, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **ANTWAINE JACKSON**, knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); and, Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT FIVE

On or about June 25, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **ANTWAINE JACKSON**, knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); and, Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT SIX

On or about July 23, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **ANTWAINE JACKSON**, knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); and, Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT SEVEN

On or about August 12, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **ANTWAINE JACKSON**, knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); and, Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT EIGHT

On or about August 21, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **ANTWAINE JACKSON**, knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); and, Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT NINE

On or about August 23, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendants, **ANTWAINE JACKSON and WIN SIN**, aiding and abetting each other, knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); Title 21, United States Code, § 841(b)(1)(A)(viii); and, Title 18, United States Code, § 2.

## COUNT TEN

On or about August 23, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendants, **ANTWAINE JACKSON and WIN SIN**, aiding and abetting each other, knowingly and intentionally possessed with the intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); Title 21, United States Code, § 841(b)(1)(D); and, Title 18, United States Code, § 2.

## COUNT ELEVEN

On or about August 23, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendants, **MARQUESHA YOUNG and SHAWN WILLIAMS**, aiding and abetting each other, knowingly and intentionally possessed with the intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); Title 21, United States Code, § 841(b)(1)(D); and, Title 18, United States Code, § 2.

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

/s/Grand Jury Foreperson
Grand Jury Foreperson

By: _____
David A. Harris
Assistant U.S. Attorney
414 Parker Avenue
Fort Smith, AR  72901
Telephone: 479-783-5125