IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

## MINUTES

| | |
|---|---|
| USA | JUDGE: Christy Comstock, U. S. Magistrate Judge |
| PLAINTIFF | REPORTER: Roxana Guerrero, ECRO |
| ATTY: David Harris, AUSA | CLERK: Roxana Guerrero |
| Marquesha Young | CASE NO. 5:24-cr-50061-004 |
| DEFENDANT | |
| ATTY: Ken Osborne, CJA | DATE: March 10, 2025 |

ACTION: Detention Hearing

| TIME | MINUTES |
|---|---|
| 11:00 am | Convene- Room 210 |
| | Court sets purpose of hearing |
| | Testimony on behalf of Government |
| | Witness identified & sworn |
| | G1.) Det. Parrish Diaz |
| | Government rests |
| | Testimony on behalf of Defendant |
| | D1.) Allishia Lacy (Young) |
| | Closing arguments by Government |
| | Closing arguments by Defense |
| | Address by Court; detail factors weighed in decision; presumption over come. |
| | Court reviews conditions of release |
| | Defendant released on $5,000 unsecured bond with conditions set forth in the Order of Conditions of Release |
| 11:52 am | Adjourn |