# UNITED STATES DISTRICT COURT
## for the
## Western District of Arkansas

U.S.A. vs. MARQUESHA YOUNG

Docket No. 5:24CR50061-004

### Petition for Action on Conditions of Pretrial Release

**COMES NOW** Matthew Merritt, pretrial services/probation officer, presenting an official report upon the conduct of the defendant, Marquesha Young, who was placed under pretrial release supervision by the Honorable Christy D. Comstock, sitting in the court at Fayetteville, Arkansas, on the 10th day of March 2025, under the following conditions:

Not violate federal, state, or local law while on release; cooperate in the collection of a DNA sample; advise the court or pretrial services office in writing before making any change in residence or telephone number; appear in court as required, and, if convicted, surrender as directed to serve a sentence that the court may impose; $5,000 unsecured bond; placed in the custody of Alicia Young; pretrial services supervision; continue or actively seek employment; surrender any passport to the U.S. Probation Office; not obtain a passport or other international travel document; travel restricted to the Western District of Arkansas and the Eastern District of Arkansas, unless given prior approval by the pretrial services officer; avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including co-conspirators; participate in mental health treatment if directed by pretrial services; do not possess a firearm, destructive device, or other weapon; do not use or unlawfully possess a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner; submit to testing for a prohibited substance; participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer; report any law enforcement contact; and do not use or unlawfully possess marijuana or a medical marijuana card or prescription.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Standard Condition 7(t): Do not purchase, possess, use, distribute or administer marijuana or possess a medical marijuana card or prescription.**

On April 25, May 7, and May 13, 2025, Marquesha Young (Young) submitted urine specimens which were confirmed positive for marijuana. On May 21, 2025, Young admitted to using marijuana on or about April 4, 2025, and she signed an admission of drug use form. Furthermore, an interpretation from Abbott Toxicology confirmed that Young also reused marijuana prior to each urine sample on May 7 and 13, 2025. Young did not admit to using marijuana on any date other than April 4, 2025.

Young is supervised in the Eastern District of Arkansas. She is currently participating in outpatient substance abuse and mental health treatment at the Family Service Agency in North Little Rock, Arkansas. She attends treatment twice a month. She was diagnosed with major depressive disorder, post-traumatic stress disorder, and cannabis use disorder on April 25, 2025, by the Family Service Agency. She is enrolled in the Goodwill Excel Program, and she begins classes in July. This program will help Young obtain her GED and secure employment.

PRAYING THAT THE COURT WILL ORDER

That no action be taken at this time in response to the above-noted violation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2025

_/s/ Matthew Merritt_

Matthew Merritt
U.S. Pretrial Services/Probation Officer

_/s/ Trent M. Thompson_

Trent M. Thompson
Supervising U.S. Pretrial Services/Probation Officer

Place        35 East Mountain Street, Fayetteville, Arkansas 72701

## ORDER OF COURT

☐ Take no action at this time

☐ The issuance of a warrant.

☐ The issuance of a summons.

☒ Other  Status Hearing on August 6, 2025 @ 9:00am.

Considered and ordered this 20th day of June, 2025 and ordered filed and made a part of the records in the above case.

_/s/ Christy Comstock_

Honorable Christy D. Comstock
Chief United States Magistrate Judge

cc: Assistant U.S. Attorney and Defense Counsel