UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO.: 5:24-CR-50061-004 |
| | ) | |
| MARQUESHA YOUNG | ) | DEFENDANT |

**DEFENDANT'S MOTION TO CONTINUE STATUS HEARING TO ADDRESS BOND**

The defendant, through counsel, hereby files this Motion to Continue the Status hearing to address bond, and in support thereof states:

1. The defendant was charged with conspiring to distribute methamphetamine and possession of marijuana with intent to distribute, all in violation of Title 21 U.S.C. § 841(a)(1), Title 21 U.S.C. § 841(b)(1)(D).

2. This matter was set for trial on July 7, 2025.

3. That a codefendant requested a continuance, resetting the trial date to September 2, 2025. Said request was granted on June 26, 2025.

4. That this case is currently set for a status hearing to address bond on August 6, 2025 at 9:00am.

5. That the defendant anticipated this case would be concluded on the trial date, July 7, 2025.

6. That defendants counsel has a case previously set for trial in Benton County on August 6, 2025.

WHEREFORE, the defendant's counsel respectfully requests the Court to continue the status hearing to address bond.

Respectfully submitted,
MARQUESHA YOUNG, Defendant

By: */s/ Ken Osborne*
*Electronically Signed*
Ken Osborne ABA#87128
OSBORNE LAW FIRM
509 N. College Avenue
P. O. Box 1345
Fayetteville, AR  72702
(479) 521-7727

**CERTIFICATE OF SERVICE**

I, Ken Osborne, hereby certify that on **June 26, 2025.** I electronically filed the foregoing with the Clerk of the Court using the Arkansas Judiciary **CM/ECF** Filing System, which shall send notification of such filing to all counsel of record.

By: */s/ Ken Osborne*
*Electronically Signed*