IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                             CRIMINAL NO. 5:24-50061-004 TLB

MARQUESHA YOUNG                                                       DEFENDANT

## ORDER REVOKING BOND AND REQUIRING DETENTION

The Court hereby **GRANTS** the Government's Motion to Revoke Pre-Trial Release (ECF No. 87) on the basis of multiple positive tests for prohibited controlled substances, including two (2) admissions regarding use, and **REVOKES HER BOND.** (ECF Nos. 81, 92).

A warrant has been issued for the Defendant's arrest. (ECF No. 93). Following arrest, Defendant will be detained in the custody of the U.S. Marshal's Service in the Western District of Arkansas pending her trial in this matter which is presently scheduled for September 2, 2025, before U.S. District Judge Timothy L. Brooks.

**IT SO ORDERED** this 14th day of July 2025.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE